**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, <br>           Plaintiff, <br>   vs. <br> LEE BACA, ET AL., <br>           Defendants. | CASE NO. CV 08-02902 GW (RZ) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: May 19, 2009

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE